USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/11/2022_

# FLYNN & WIETZKE,

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234  Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Sean Constable, Esq.
Admitted in NY & MA

Offices throughout the Northeast
Toll Free: (866) 877-FELA

January 11, 2022

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  DWOJAK V. PORT AUTHORITY TRANS HUDSON CORP.
     21 Civ. 9365 (AT)

Dear Judge Torres:

We are plaintiff's counsel in the above-entitled case and write to request a brief extension on the filing of the Joint Letter; proposed Case Management Plan (Docket 10) and advising whether or not the parties consent to the Magistrate Judge for all purposes (Docket 12) which is due tomorrow, January 11, 2022. Defendant has not yet filed its Answer which is due on January 14, 2022.

In addition, I am currently on trial before Judge John G. Koeltl in the matter of *Menzies v. Long Island Railroad Company,* 19 Civ. 11235. A brief adjournment will allow the parties to confer and file the necessary documents with the Court.

Consequently, it is respectfully requested that the parties be given until January 28, 2022 to file the Joint Letter; proposed Case Management Plan and advise the Court as to the parties' decision on consenting to the Magistrate Judge.

GRANTED.

SO ORDERED.

Dated: January 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge