```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/13/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DWOJAK,

                Plaintiff,

-against-

PORT AUTHORITY TRANS HUDSON CORP.,

                Defendant.

21 Civ. 9365 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On May 24, 2022, the Court granted the parties' request for an extension of discovery. ECF No. 22. Pursuant to that order, fact discovery closed on June 30, 2022. *Id.* The parties did not request a further extension of fact discovery. However, on July 13, 2022, the parties filed a letter indicating that they were still engaged in fact discovery. ECF No. 24. Absent good cause, the Court shall not grant a retrospective extension of the deadline to complete fact discovery. The parties are reminded that pre-motion letters for motions for summary judgment are due **July 14, 2022**, which is 14 days after the close of fact discovery. ECF No. 17 ¶ 8. The Court shall not accept untimely pre-motion letters absent a showing of good cause.

      Finally, the case management conference schedule for July 19, 2022, is ADJOURNED *sine die*.

      SO ORDERED.

Dated: July 13, 2022
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge