```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JOHN DWOJAK,

                        Plaintiff,

        -against-                                           21 Civ. 9365 (AT)

PORT AUTHORITY TRANS HUDSON CORP.,                          ORDER

                        Defendant.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2022
```

ANALISA TORRES, District Judge:

On July 13, 2022, the Court reminded the parties that fact discovery had closed with no request for an extension, and, therefore, pre-motion letters for motions for summary judgment were due July 14, 2022. ECF No. 25. Further, the Court informed the parties that untimely requests to extend fact discovery would not be granted absent a showing of good cause. *Id.* The parties have not requested that fact discovery be extended nor have they filed pre-motion letters for summary judgment. Accordingly, trial in this matter shall begin on **December 12, 2022**, at **9:00 a.m.**, and shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

1. By **November 1, 2022**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **November 9, 2022**.

2. By **November 1, 2022**, the parties shall submit all required pretrial filings, including their proposed joint pretrial order, requests to charge, verdict form, and voir dire questions in accordance with Paragraphs V.B, V.C, and V.D of the Court's Individual Practices in Civil Cases. The parties shall also email copies of these submissions to Torres_NYSDChambers@nysd.uscourts.gov as Word Documents.

3. By **November 9, 2022**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference in accordance with Paragraph V.C(v) of the Court's Individual Practices in Civil Cases.

4. Counsel for all parties shall appear for a final pretrial conference on **December 5, 2022**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

5. Prior to the final pretrial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter. In addition, by **August 1, 2022**, the parties shall file a letter to the Court advising whether they wish to be referred to a magistrate judge for settlement purposes.

      Finally, the parties may consent to proceed before the Honorable Robert W. Lehrburger, who would then oversee the trial. If the parties consent to Judge Lehrburger's jurisdiction, by **August 1, 2022**, they shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754 on the docket. The parties are free to withhold consent without negative consequences. If the Court approves that form, all further proceedings will then be conducted before Judge Lehrburger rather than before me. An information sheet on proceedings before magistrate judges is also attached to this order. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

      SO ORDERED.

Dated: July 19, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge