UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DWOJAK,

                Plaintiff,

-against-

PORT AUTHORITY TRANS HUDSON CORP.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/2/2022
```

21 Civ. 9365 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 19, 2022, the Court ordered the parties to file a joint letter by August 1, 2022, informing the Court if they would like to be referred to a magistrate judge for settlement purposes. ECF No. 26. The letter is overdue. Accordingly, by **August 5, 2022**, the parties shall file their joint letter.

    SO ORDERED.

Dated: August 2, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge